PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:99CR05341-02 OWW |
| ) | |
| Kenneth Laverne Roper ) | |
| ) | |

On 08/10/2004, the above-named was placed on Supervised Release for a period of 4 years. Mr. Roper has complied with the rules and regulations of supervision with the exception of restitution. Although Mr. Roper has consistently submitted regular monthly restitution payments, his balance is substantial that even continuing supervision in this case would not be feasible. Mr. Roper has a restitution balance of $1,230,610.00, having paid only $1,015.00. With less than a year remaining on supervision, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO
United States Probation Officer**

Dated:   October 8, 2007
         Fresno, California
         jtp

**REVIEWED BY:**   /s/ Bruce A. Vasquez
                  **BRUCE A. VASQUEZ
                  Supervising United States Probation Officer**

**Re:    Kenneth Laverne Roper**
       **Docket Number:   1:99CR05341-02 OWW**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    October 23, 2007**                     /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE